# UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

CHAMBERS OF
**KAREN M. WILLIAMS**
UNITED STATES MAGISTRATE JUDGE

MITCHELL H. COHEN U.S. COURTHOUSE
1 JOHN F. GERRY PLAZA, RM. 2040
P.O. BOX 849
CAMDEN, NJ 08101-0849

July 18, 2011

Brendan D. Hennessy, Esquire
Sidney L. Gold & Associates
1835 Market Street, Ste. 515
Philadelphia, PA 19103

      Re: Tonkinson v Cardinal Health
           Civil Case No. 10-2357 (RBK/KMW)

Dear Mr. Hennessy:

    Enclosed is a letter that the Court received directly from your client on July 18, 2011, in the above referenced case.

    As you know, the Court cannot accept or consider any ex parte submissions. To this end, please instruct your client to refrain from communicating directly with the Court. However, if upon your review of the letter, you feel this is a matter to be brought before the Court, please advise, so that the Court may address any issue accordingly.

                                Sincerely,

                                KAREN M. WILLIAMS
                                U. S. MAGISTRATE JUDGE

KMW:lp
Enclosure
cc: Nina K. Markey, Esquire (cover letter only)